IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES ANTHONY CHERUK, | )<br>) |
| Plaintiff, | ) Case No. 7:09CV00257<br>) |
| v. | )<br>) **FINAL ORDER** |
| SOUTHWEST REGIONAL JAIL<br>AUTHORITY "MEDICAL," ET AL., | )<br>) By: Glen E. Conrad<br>) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) as to all claims under 42 U.S.C. § 1983 and pursuant to 28 U.S.C. § 1367(c) as to any claims under state law, and this action is stricken from the active docket of the court.

ENTER: This 20th day of August, 2009.

United States District Judge